IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4006-01-CR-C-SOW |
| | ) | |
| D'MITRI DOUGHTY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty from

United States Magistrate Judge William A. Knox. Defendant Doughty appeared before

Magistrate Judge Knox, by consent, on April 14, 2009, and entered a plea of guilty to Count I of

the indictment. Magistrate Judge Knox determined that the guilty plea was made with full

knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the

offenses to which the defendant has plead guilty are supported by a factual basis for each of the

essential elements of the crime.

Accordingly, it is hereby

ORDERED that defendant Doughty's plea of guilty is accepted and defendant Doughty is

adjudged guilty of Count I of the indictment. It is further

ORDERED that a presentence investigation report be prepared regarding defendant

Doughty.

_____/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___4/16/2009_____